No. 5916. CRENSHAW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5917. MELLER v. MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 5920. OLSON v. CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 5921. CASTELLANO v. NEW YORK; and

No. 5929. GONZALEZ v. NEW YORK. Ct. App. N. Y. Certiorari denied. Reported below: 27 N. Y. 2d 53, 261 N. E. 2d 605.

No. 5922. ORTEGA v. BENNETT, JUDGE. C. A. 9th Cir. Certiorari denied.

No. 5923. HENDERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5930. SCHEER v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 5931. GRANT v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5932. BOLTON v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5933. WIGGINS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 5935. SHAFFNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5937. MORGAN v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 5939. BROCK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.